IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICK GRIEGO, *et al.*,

   Plaintiffs,

v.                                 Civ. No. 23-0937 KWR/KK

FEDERAL EMERGENCY MANAGEMENT AGENCY,

   Defendant.

### ORDER SETTING TELEPHONIC STATUS/SCHEDULING CONFERENCE

The Court will hold a Telephonic Status/Scheduling Conference on **Thursday, February 29, 2024, from 1:30 to 3:30 p.m.** Counsel are directed to call the Court's AT&T conference line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings.

   IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE